# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| HAROLD V. HOSKINS, | : No. 62 MM 2015 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF LYCOMING COUNTY, JUDGE N.L. BUTTS, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.